occasion, appellant gave her $25 and asked her to keep the same for him. Appellant was arrested later that night, and approx-imately $61 taken from his person.

Appellant testified, corroborating the State's witnesses, but claimed that he had found the money lying on the rest room floor, had looked in the purse for more, but denied that he took anything from the purse.

■ We find the evidence sufficient to support the conviction.

No formal bills of exception appear in the record, and none are indexed in the statement of facts.

■ The proceedings appearing regular, the judgment of the trial court is affirmed.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, 30 days in jail.

■ We have reviewed the record and find the evidence sufficient to support the conviction.

■ There are no formal bills of exception in the record, and no bills are indexed in the statement of facts.

The proceedings appearing regular, the facts sustaining the jury's verdict, no reversible error being evidenced by a bill of exception, the judgment is affirmed.

## STEWART v. STATE.
### No. 25739.

Court of Criminal Appeals of Texas.
March 5, 1952.

Rehearing Denied April 9, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.